## No. 14,149.

IN RE INTERROGATORIES OF THE SENATE.
(67 P. [2d] 1038)

Answers filed April 19, 1937.

*En Banc.*

PER CURIAM.

INTERROGATORY 1. Does House Bill No. 379 and particularly section 20 thereof conflict with section 2 (a) of Amendment No. 4 to the Constitution, "The Old Age Pension Amendment?"

The answer is No.

In view of our answer to interrogatory No. 1, answer to the second interrogatory is unnecessary.